# Exhibit 1

**FedEx** ® Express

*Package* *US Airbill*

FedEx Tracking Number  8115 6962 8369

**1 From** *Please print and press hard.*

Date 4/18/2017

Sender's FedEx Account Number  3268-4846-8

Sender's Name CAROLYN WHEELER      Phone ( 312) 853-7233

Company SIDLEY AUSTIN, LLP

Address 1 S DEARBORN ST STE 900
Dept/Floor/Suite/Room

City CHICAGO    State IL    ZIP 60603-2323

**2 Your Internal Billing Reference** 34821-90320
First 24 characters will appear on invoice.

**3 To**

Recipient's Name U.S. District Court    Phone ( )

Company Clerks Office Southern District Indiana

Address 921 Ohio Street, Room 104
We cannot deliver to P.O. boxes or P.O. ZIP codes.
Dept/Floor/Suite/Room

Address
Use this line for the HOLD location address or for continuation of your shipping address.

City Terre Haute    State IN    ZIP 47807

0126577073

**Ship it. Track it. Pay for it. All online.**
Go to fedex.com.

MUR1

Form ID No. 0215

Sender's Copy

**4 Express Package Service** *• To most locations.*

*Packages up to 150 lbs. For packages over 150 lbs., use the FedEx Express Freight US Airbill.*

**Next Business Day**

☑ FedEx First Overnight
Earliest next business morning delivery to select locations. Friday shipments will be delivered on Monday unless Saturday Delivery is selected.

☐ FedEx Priority Overnight
Next business morning.* Friday shipments will be delivered on Monday unless Saturday Delivery is selected.

☐ FedEx Standard Overnight
Next business afternoon.*
Saturday Delivery NOT available.

**2 or 3 Business Days**

☐ FedEx 2Day A.M.
Second business morning.*
Saturday Delivery NOT available.

☐ FedEx 2Day
Second business afternoon.* Thursday shipments will be delivered on Monday unless Saturday Delivery is selected.

☐ FedEx Express Saver
Third business day.*
Saturday Delivery NOT available.

**5 Packaging** *• Declared value limit $500.*

☑ FedEx Envelope*    ☑ FedEx Pak*    ☐ FedEx Box    ☐ FedEx Tube    ☐ Other

**6 Special Handling and Delivery Signature Options** Fees may apply. See the FedEx Service Guide.

☐ Saturday Delivery
NOT available for FedEx Standard Overnight, FedEx 2Day A.M., or FedEx Express Saver.

☑ No Signature Required
Package may be left without obtaining a signature for delivery.

☐ Direct Signature
Someone at recipient's address may sign for delivery.

☐ Indirect Signature
If no one is available at recipient's address, someone at a neighboring address may sign for delivery. For residential deliveries only.

**Does this shipment contain dangerous goods?**
One box must be checked.

☑ No    ☐ Yes As per attached Shipper's Declaration.    ☐ Yes Shipper's Declaration not required.    ☐ Dry Ice Dry Ice, 9, UN 1845 ____ x ____ kg    ☐ Cargo Aircraft Only

Restrictions apply for dangerous goods — see the current FedEx Service Guide.

**7 Payment** *Bill to:*

Enter FedEx Acct. No. or Credit Card No. below.

☑ Sender Acct. No. in Section 1 will be billed.    ☐ Recipient    ☐ Third Party    ☐ Credit Card    ☐ Cash/Check

FedEx Acct. No.
Credit Card No.    Exp. Date

Total Packages    Total Weight    Total Declared Value†
____    ____ lbs.    $ ____ .00

†Our liability is limited to US$100 unless you declare a higher value. See back for details. By using this airbill you agree to the service conditions on the back of this airbill and in the current FedEx Service Guide, including terms that limit our liability.
Rev. Date 5/15 • Part #163134 • ©1994–2015 FedEx • PRINTED IN U.S.A. SRM

611

**Hold Weekday**
FedEx location address REQUIRED. NOT available for FedEx First Overnight.

**Hold Saturday**
FedEx location address REQUIRED. Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.