# Exhibit A

**Exhibit Index**

**Exhibit A**: Exhibit Index

**Exhibit B**: Hall's Guilt-Phase Charge of the Court, Oct. 31, 1995

**Exhibit C**: *Berry v. United States*, No. 16-71332 (9th Cir. June 2, 2016)

**Exhibit D**: *In re Chapman*, No. 16-246 (4th Cir. May 3, 2016)

**Exhibit E**: *Ruiz v. United States*, No. 16-1193 (7th Cir. Feb. 19, 2016)

**Exhibit F**: *Turner v. United States*, No. 16-1145 (1st Cir. May 4, 2016)

**Exhibit G**: *In re Hall*, No. 16-10670 (5th Cir. June 20, 2016)