# Exhibit F

Case 2:17-cv-00176-JPH-DLP   Document 1-7   Filed 04/19/17   Page 2 of 3 PageID #: 58

# United States Court of Appeals
## For the First Circuit

No. 16-1145

DAVID ALLEN TURNER,

Petitioner,

v.

UNITED STATES,

Respondent.

Before

Howard, <u>Chief Judge</u>,
Selya and Lynch, <u>Circuit Judges</u>.

**JUDGMENT**

Entered: May 4, 2016

Petitioner David Turner seeks certification to file in the district court a second or successive 28 U.S.C. § 2255 motion to vacate his sentence based on <u>Johnson</u> v. <u>United States</u>, 135 S. Ct. 2551 (2015), and <u>Welch</u> v. <u>United States</u>, 136 S. Ct. 1257 (2016).  <u>See</u> 28 U.S.C. § 2255(h).

We <u>deny</u> the application for substantially the reasons stated in the government's oppositions to Turner's application.

<u>Denied</u>.[1]

By the Court:

/s/ Margaret Carter, Clerk

---

[1] This court's denial of authorization to file a second or successive motion is not appealable and may not be the subject of a petition for rehearing or a writ of certiorari. <u>See</u> 28 U.S.C. § 2244(b)(3)(E).

cc:    Robert Michael Goldstein
      David Turner
      Dina Michael Chaitowitz
      Michael A. Rotker
      Robert Edward Richardson