AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Southern District of Indiana

| | | |
|---|---|---|
| Orlando Cordia Hall | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 17CV 176 |
| Charles Daniels, Warden, U.S. Penitentiary | ) | |
| *Defendant* | ) | |

### APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Orlando Cordia Hall                                                                                          .

Date:      04/18/2017                              s/ Liv Kiser
                                                *Attorney's signature*

                                      Liv Kiser (Illinois Bar No. 6275283)
                                        *Printed name and bar number*

                                            Sidley Austin LLP
                                            One South Dearborn
                                            Chicago, Illinois 60603

                                                  *Address*

                                            lkiser@sidley.com
                                              *E-mail address*

                                            (312) 853-7000
                                            *Telephone number*

                                            (312) 853-7036
                                              *FAX number*