UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

ORLANDO CORDIA HALL,                        )
                                            )
            Petitioner,                     )
                                            )
v.                                          )        Case No. 17CV 176
                                            )
CHARLES DANIELS, WARDEN,                    )
UNITED STATES PENITENTIARY,                 )
TERRA HAUTE,                                )
                                            )
            Respondent.                     )

## MOTION TO APPEAR *PRO HAC VICE*
### FILED ON BEHALF OF ATTORNEY ROBERT N. HOCHMAN

Liv Kiser of the law firm Sidley Austin LLP, pursuant to S. D. Ind. Local Rule 83-6(a),

hereby moves this court for an Order granting Robert N. Hochman of Sidley Austin LLP, leave

to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Orlando Cordia Hall

in the above-styled cause only.  In support of this motion, the undersigned states:

1.  The Certification of Robert N. Hochman, as required by S.D. Ind. Local Rule 83-6(b),

is attached hereto as Exhibit A.

2.  Electronic payment in the amount of One Hundred Dollars ($100.00) has been

submitted via pay.gov contemporaneously with the filing of this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an

Order granting Robert N. Hochman leave to appear *pro hac vice* for purposes of this cause only.

Dated: April 18, 2017                   Respectfully submitted,

                                        _s/ Liv Kiser____
                                        Liv Kiser
                                        Sidley Austin LLP
                                        One South Dearborn Street
                                        Chicago, Illinois 60603

Tel.: (312) 853-7000
Fax: (312) 853-7036
lkiser@sidley.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2017, a copy of the foregoing Motion to Appear *Pro Hac Vice* on Behalf of Attorney Robert N. Hochman was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

I further certify that on April 18, 2017 a copy of the foregoing Motion to Appear *Pro Hac Vice* on Behalf of Attorney Robert N. Hochman was mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

United States Attorney's Office
10 W Market St, Suite 2100
Indianapolis, IN 46204

s/ Liv Kiser
Liv Kiser
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
Tel.: (312) 853-7000
Fax: (312) 853-7036

## Exhibit A

### Certification of Robert N. Hochman
### In Support of Motion to Appear Pro Hac Vice

In support of the Motion to Appear Pro Hac Vice filed on my behalf by Liv Kiser of the law firm Sidley Austin LLP, and pursuant to S. D. Ind. Local Rule 83-6(b), the undersigned states:

1. I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in the following United States courts and state's highest court: United States Supreme Court; United States Courts of Appeals for the Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, and Federal Circuits; United States District Court for the Northern District of Illinois; State of Illinois.

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

I certify that the above information is true and correct.

Dated: April 18, 2017

Respectfully submitted,

Robert N. Hochman
One South Dearborn Street
Chicago, Illinois 60603
Tel.: (312) 853-7000
Fax: (312) 853-7036
rhochman@sidley.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| ORLANDO CORDIA HALL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Cause No. |
| | ) | |
| CHARLES DANIELS, WARDEN, | ) | |
| UNITED STATES PENITENTIARY, | ) | |
| TERRA HAUTE, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the motion of Liv Kiser of the law firm

Sidley Austin LLP, seeking an Order granting Robert N. Hochman of Sidley Austin LLP, leave

to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Orlando Cordia Hall

in the above-styled cause only. Being fully advised, it is now ORDERED that the motion be,

and hereby is, GRANTED.

Applicant's contact information should be entered as follows:
Robert N. Hochman
Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60603
Tel.: (312) 853-7000
Fax: (312) 853-7036
rhochman@sidley.com

Dated: _____

_____
United States District Court
Southern District of Indiana

Distribution list:
To all registered counsel by CM/ECF
To PHV applicant via U.S. Mail
    Robert N. Hochman
    Sidley Austin LLP
    One South Dearborn
    Chicago, Illinois 60603