**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

ORLANDO HALL,                          )
                                       )
                  Petitioner,          )
                                       )
vs.                                    )        No. 2:17-cv-176-LJM-DKL
                                       )
CHARLES DANIELS, Warden,               )
                                       )
                  Respondent.          )

### Entry and Order to Show Cause

The court, having considered the above action and the matters which are pending, makes the following rulings:

1.      The United States is **notified** of the filing of the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. This material has been scanned into the Court's electronic docket. A copy of this Entry and Order to Show Cause shall be **distributed to** the United States Attorney.

2.      The respondent shall have **through June 23, 2017**, in which to answer the allegations of the habeas petition, and in doing so shall **show cause** why the relief sought by the petitioner should not be granted. The petitioner shall have **thirty (30) days after service of the answer** in which to reply.

3.      The motions of attorneys Robert Hochman and Jillian Dent to appear *pro hac vice* [dkts 3, 4] are **granted.**

IT IS SO ORDERED.

Date:  5/1/2017

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Office of the United States Attorney by Electronic Service

Electronically Registered Counsel