UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

ORLANDO HALL,                          )
                                       )
              Petitioner,              )
                                       )
       v.                              )   Cause No.   2:17-cv-00176-LJM-DKL
                                       )
CHARLES DANIELS, Warden                )
                                       )
              Respondent.              )

APPEARANCE

Comes now, Josh J. Minkler, United States Attorney for the Southern

District of Indiana, by James R. Wood, Assistant United States Attorney for

the Southern District of Indiana, and enters his appearance as counsel for the

Respondent.

                          Respectfully submitted,

                          JOSH J. MINKLER
                          United States Attorney

                 By:      s/ James R. Wood
                          James R. Wood
                          Assistant United States Attorney
                          Office of the United States Attorney
                          10 W. Market St., Suite 2100
                          Indianapolis, Indiana 46204-3048
                          Telephone: (317) 226-6333
                          Fax: (317) 226-6125
                          E-mail: Bob.Wood@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on May 3, 2017, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically.   Notice of this filing will be sent to all ECF-registered counsel of record via email generated by the Court's ECF system.

By:   s/ James R. Wood                         
      James R. Wood
      Assistant United States Attorney
      Office of the United States Attorney
      10 W. Market St., Suite 2100
      Indianapolis, Indiana 46204-3048
      Telephone: (317) 226-6333
      Fax: (317) 226-6125
      E-mail: Bob.Wood@usdoj.gov

2