UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

ORLANDO CORDIA HALL,            )
                               )
            Petitioner,         )
                               )
    v.                          )   Cause No.   2:17-cv-00176-LJM-DKL
                               )
CHARLES DANIELS, Warden         )
                               )
            Respondent.         )

### MOTION TO EXTEND TIME TO FILE RESPONSE

The Respondent, by counsel, Josh J. Minkler, United States Attorney for the Southern District of Indiana, and James R. Wood, Assistant United States Attorney, moves for an extension of time of sixty (60) days, to and including August 22, 2017, to respond to Petitioner Orlando Cordia Hall's petition for writ of habeas corpus under 28 U.S.C. § 2241.   (Dkt. 1.)

In support of the motion, the Respondent advises as follows:

1.    On April 19, 2017, Petitioner Orlando Cordia Hall filed a Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.   (Dkt. 1.)   He challenges his conviction and sentence imposed in the Northern District of Texas on two grounds: (1) considering *Johnson v. United States*, 135 S.Ct. 2551 (2015), his conviction under 18 U.S.C. § 924(c) for carrying a firearm in relation to a kidnapping resulting in death is unconstitutional; and (2) absent

his § 924(c) conviction, the jury's imposition of a death sentence is invalid. (Dkt. 1-2.) He contends that his challenges are reviewable by this Court under the saving clause, 28 U.S.C. § 2255(e), because 28 U.S.C. § 2255 is inadequate or ineffective to test the legality of his detention. *Id.*

2. This Court ordered the Respondent to answer the allegations of the Petition and show cause as to why the relief sought by Hall should not be granted. The Respondent's answer is due on or before June 23, 2017. (Dkt. 7.)

3. In accordance with the Department of Justice's protocol for handling § 2241 petitions and cooperation with the Northern District of Texas will entail an extra layer of review requiring additional time.

4. The Supreme Court's decision in *Sessions v. Dimaya*, No. 15–1498 (argued Jan. 17, 2017), is anticipated before the end of June and may be informative as to at least one issue central to this matter.

5. In order to prepare, review, and finalize the response, an extension of sixty (60) days is required.

6. No prior extensions of time have been requested by the Respondent. This extension is requested to allow sufficient time to prepare a complete and appropriate response to Hall's claims and not for any purpose of delay.

WHEREFORE the Respondent respectfully prays that he be granted up to and including August 22, 2017, to respond to Hall's petition for writ of habeas corpus.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By:   s/ James R. Wood

James R. Wood
Chief, Appeals Division
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: (317) 226-6333
E-mail: Bob.Wood@usdoj.gov

3

<u>CERTIFICATE OF SERVICE</u>

I certify that on June 6, 2017, a copy of the foregoing was filed

electronically.   Notice of this filing will be sent to all ECF-registered counsel

of record via email generated by the Court's ECF system.


By:   <u>s/ James R. Wood</u>
         James R. Wood
         Chief, Appeals Division
         Office of the United States Attorney
         10 W. Market St., Suite 2100
         Indianapolis, Indiana 46204-3048
         Telephone: (317) 226-6333
         E-mail: Bob.Wood@usdoj.gov

4