UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| ORLANDO CORDIA HALL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) Cause No. 2:17-cv-00176-LJM-DKL | |
| | ) | |
| CHARLES DANIELS, Warden | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

This matter is before the Court on the Respondent's motion for a sixty

(60) day extension of time to respond to the Petitioner's Petition for a Writ of

Habeas Corpus Pursuant to 28 U.S.C. § 2241.

The Court, being duly advised in the premises, now GRANTS the

motion finding it to be made for good cause.

The Respondent shall have to and including August 22, 2017, to file his

response to the § 2241 petition.

It is so ORDERED this date: ___6/8/2017_____.

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All electronically registered counsel of record via CM/ECF