UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

ORLANDO CORDIA HALL,              )
                                  )
                Petitioner,       )
                                  )
        v.                        )  Cause No.  2:17-cv-00176-LJM-DKL
                                  )
CHARLES DANIELS, *Warden*,        )
                                  )
                Respondent.       )

## <u>GOVERNMENT'S MOTION FOR EXTENSION OF TIME</u>

The Respondent respectfully requests an extension of 60 days—to October 23, 2017—to file his response to Hall's petition under 28 U.S.C. § 2241.

Respondent requires additional time to complete his response for several reasons.  On July 5, 2017, this case was referred to AUSA Timothy W. Funnell in the Northern District of Texas for response.  AUSA Funnell was on leave out of the state from June 26 through July 7, 2017, due in part to services related to a death in his family.  Also, before this response is due, AUSA Funnell has eight other habeas responses due and is also preparing for an oral argument before the Fifth Circuit in *Anderson v. United States*, 14-11202, scheduled on August 1.

Counsel for the Respondent reached out to Hall's attorneys to determine their position on this additional extension.  Hall's attorneys stated that they have no objection to the request.

This extension is not sought for purposes of delay but to enable the Respondent to provide a comprehensive response.

WHEREFORE, the Respondent requests that his deadline to file a response be extended to October 23, 2017.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

s/ James R. Wood
James R. Wood
Chief, Appeals Division
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: (317) 226-6333
E-mail: Bob.Wood@usdoj.gov

2

CERTIFICATE OF SERVICE

I certify that on July 13, 2017, a copy of the foregoing was filed

electronically.  Notice of this filing will be sent to all ECF-registered counsel

of record via email generated by the Court's ECF system.


By:   s/ James R. Wood
      James R. Wood
      Chief, Appeals Division
      Office of the United States Attorney
      10 W. Market St., Suite 2100
      Indianapolis, Indiana 46204-3048
      Telephone: (317) 226-6333
      E-mail: Bob.Wood@usdoj.gov