UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

ORLANDO CORDIA HALL,     )
          )
     Petitioner,     )
          )
v.     ) Cause No.  2:17-cv-00176-LJM-DKL
          )
CHARLES DANIELS, Warden     )
          )
     Respondent.     )

## ORDER

This matter is before the Court on the Respondent's motion for a sixty (60) day extension of time to respond to the Petitioner's Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.

The Court, being duly advised in the premises, now GRANTS the motion finding it to be made for good cause.

The Respondent shall have to and including October 23, 2017, to file his response to the § 2241 petition.

It is so ORDERED this date: 07/17/2017

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All electronically registered counsel of record via CM/ECF