IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

ORLANDO CORDIA HALL,
                          Petitioner,

v.                                           No.    2:17-CV-176-LJM-DKL

CHARLES DANIELS, Warden,
  United States Penitentiary,
Terre Haute,
                      Respondent.

## NOTICE OF APPEARANCE OF CO-COUNSEL

The government advises the Court and all parties that Assistant United States

Attorney Timothy W. Funnell hereby enters his appearance as co-counsel for the United

States.   Assistant United States Attorney James Robert Wood will remain lead counsel.

                                   Respectfully submitted,

                                   John R. Parker
                                   United States Attorney

                                 *s/ Timothy W. Funnell*
                                 TIMOTHY W. FUNNELL
                                 Assistant United States Attorney
                                 Wisconsin State Bar No. 1022716
                                 801 Cherry Street, Suite 1700
                                 Fort Worth, Texas 76102-6897
                                 Phone: (817) 252-5252
                                 Tim.Funnell@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I certify that on September 26, 2017, this notice was filed electronically.   Notice

of this filing will be sent to all ECF-registered counsel of record via email generated by

the Court's ECF system.

*s/ Timothy W. Funnell*
TIMOTHY W. FUNNELL
Assistant United States Attorney
