UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

ORLANDO CORDIA HALL,                    )
                                        )
                Petitioner,             )
                                        )
        v.                              )       No. 2:17-cv-00176-WTL-MJD
                                        )
CHARLES DANIELS                         )
*Warden, United States Penitentiary, Terre Haute*,   )
                                        )
                Respondent.             )

ORDER VACATING DOCKET AND REASSIGNING CASE

The Court hereby vacates the Entry dated August 9, 2017 at Docket 13. Pursuant to Title 28 U.S.C. §137 and Local Rule 40−1(f) of the Southern District of Indiana, the above matter is to be reassigned from the docket of Judge Larry J. McKinney to the docket of the newly assigned Judge William T. Lawrence and Magistrate Judge Mark J. Dinsmore. Please note that cause number 2:17-cv-00176-WTL-MJD should be used on all future filings.

Dated: September 29, 2017                /s Hon. Jane Magnus-Stinson, Chief Judge
                                         United States District Court
                                         Southern District of Indiana