UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

|  |  |  |
|---|---|---|
| ORLANDO CORDIA HALL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:17-cv-00176-WTL-MJD |
| | ) | |
| CHARLES DANIELS, | ) | |
| *Warden, United States Penitentiary,* | ) | |
| *Terra Haute,* | ) | |
| | ) | |
| Respondent. | ) | |

**PETITIONER'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

Petitioner Orlando Cordia Hall, by and through counsel, moves for an extension to file his reply brief supporting his Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. Petitioner requests that he be permitted to file his brief no later than December 11, 2017, a 45-day extension. In support of the motion, the Petitioner advises as follows:

1.      On April 19, 2017, Petitioner filed his Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition"). (Dkt. 1.)

2.      On May 5, 2017, this Court ordered the Respondent to answer the allegations of the Petition and show cause as to why the relief sought by Petitioner should not be granted. Respondent's answer was due on or before June 23, 2017, and Petitioner's Reply in support of his Petition was due 30 days thereafter. (Dkt. 7.)

3.      On June 6, 2017, Respondent requested an extension of 60 days, up to and including August 22, 2017. (Dkt. 9.) This Court granted the requested extension on June 8, 2017. (Dkt. 10.)

1

4.    On July 13, 2017, Respondent requested a second extension of 60 days, up to and including October 23, 2017.  (Dkt. 11.)  This Court granted the requested extension on July 17, 2017.  (Dkt. 12.)

5.    On September 26, 2017, Respondent filed its Response to Petitioner's Section 2241 Petition.  (Dkt. 15.)  Therefore, pursuant to the Court's May 5th Order, Petitioner's Reply in support of his Petition is due on or before October 26, 2017.  (Dkt. 7.)

6.    Due to pressing case commitments and deadlines in October and November, Petitioner's counsel would best be able to serve their pro bono client in this death penalty case by working within the requested extended timeframe.

7.    No prior extensions of time have been requested by Petitioner.  This extension is requested to allow sufficient time to prepare a complete and appropriate reply in support of the Petition and not for any purposes of delay.

8.    Counsel for Petitioner has consulted with James R. Wood, Assistant United States Attorney for the Southern District of Indiana, and has been advised that the Government does not oppose the requested extension of time.

WHEREFORE, the Petitioner respectfully requests that he be granted up to and including December 11, 2017, to reply in support of his Petition.

Dated: October 11, 2017                Respectfully submitted,

By:     s/ Jillian Dent

Liv Kiser
Robert Hochman (*pro hac vice*)
Jillian Dent (*pro hac vice*)
One South Dearborn Street
Chicago, Illinois 60603
Tel.: (312) 853-7000
Fax: (312) 853-7036
lkiser@sidley.com

2

rhochman@sidley.com
jdent@sidley.com

*Attorneys for Orlando Cordia Hall*

## CERTIFICATE OF SERVICE

I certify that on October 11, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all ECF-registered counsel of record via email generated by the Court's ECF system.

By:     s/ Jillian Dent

Liv Kiser
Robert Hochman (*pro hac vice*)
Jillian Dent (*pro hac vice*)
One South Dearborn Street
Chicago, Illinois 60603
Tel.: (312) 853-7000
Fax: (312) 853-7036
lkiser@sidley.com
rhochman@sidley.com
jdent@sidley.com