UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

ORLANDO CORDIA HALL,                )
                                    )
                Petitioner,         )
                                    )
v.                                  )          No. 2:17-cv-00176-WTL-MJD
                                    )
CHARLES DANIELS,                    )
*Warden, United States Penitentiary,* )
*Terra Haute,*                      )
                                    )
                Respondent.         )

## ORDER

This matter is before the Court on the Petitioner's motion for a forty-five (45) day extension of time to file a reply brief in support of his Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.

The Court, being duly advised in the premises, now GRANTS the motion, dkt. 18, finding it to be made for good cause.

The Petitioner shall have to and including December 11, 2017, to file his reply brief in support of his § 2241 Petition.

So ORDERED this date: 10/16/17

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

All electronically registered counsel of record via CM/ECF