UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| ORLANDO CORDIA HALL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:17-cv-00176-WTL-MJD |
| | ) | |
| CHARLES DANIELS, | ) | |
| | ) | |
| Respondent. | ) | |

## Entry Staying Case

One of the central legal questions in this case is whether the definition of "crime of violence" in 18 U.S.C. § 924(c)(3)(B) is unconstitutional.  The Supreme Court recently granted certiorari on this exact question in *United States v. Davis*, No. 18-431.  Because the Supreme Court granted certiorari in *Davis*, the Seventh Circuit stayed a consolidated appeal raising this question. *See United States v. Jenkins*, No. 14-2898 (7th Cir. Jan. 18, 2019).

"[D]istrict courts have the inherent authority to manage their dockets and courtrooms." *Dietz v. Bouldin*, 136 S. Ct. 1885, 1892 (2016).  This includes the "authority to issue stays" in habeas actions.  *Ryan v. Gonzales*, 568 U.S. 57, 73 (2013).  As the Seventh Circuit did in *Jenkins*, the Court concludes that staying this case pending a decision in *Davis* is the most efficient course.

Accordingly, this action is **stayed** pending the Supreme Court's decision in *United States v. Davis*, No. 18-431.  Petitioner shall have **fourteen days** from the date the Supreme Court issues a decision in *Davis* to file a notice with the Court.  The **clerk is directed** to administratively close this action on the docket.  Once Petitioner files the ordered notice, the Court will administratively open this action and direct how this action will proceed to resolution.

**IT IS SO ORDERED.**

Date: 3/20/2019

Hon. William T. Lawrence, Senior Judge
United States District Court
Southern District of Indiana

Distribution:

Jillian R. Dent
SIDLEY AUSTIN LLP
jdent@sidley.com

Timothy Wayne Funnell
UNITED STATES ATTORNEY'S OFFICE
tim.funnell@usdoj.gov

Robert N. Hochman
SIDLEY AUSTIN LLP
rhochman@sidley.com

Livia M. Kiser
SIDLEY AUSTIN LLP
lkiser@kslaw.com

James Robert Wood
UNITED STATES ATTORNEY'S OFFICE
bob.wood@usdoj.gov