UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

OLANDO CORDIA HALL,                         )
                                            )
              Petitioner,                   )
                                            )
v.                                          )        Case No. 17cv176
                                            )
CHARLES DANIELS, WARDEN,                    )
UNITED STATES PENITENTIARY,                 )
TERRA HAUTE,                                )
                                            )
              Respondents.                  )

## MOTION TO APPEAR *PRO HAC VICE*
## FILED ON BEHALF OF ATTORNEY BENJAMIN GILLIG

**Robert N. Hochman** of the law firm **Sidley Austin LLP**, pursuant to S. D. Ind. Local Rule 83-6(a), hereby moves this court for an Order granting **Benjamin Gillig** of Sidley Austin LLP, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Orlando Cordia Hall in the above-styled cause only. In support of this motion, the undersigned states:

1. The Certification of **Benjamin Gillig**, as required by S.D. Ind. Local Rule 83-6(b), is attached hereto as Exhibit A.

2. Electronic payment in the amount of One Hundred Dollars ($100.00) has been submitted via pay.gov contemporaneously with the filing of this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting **Benjamin Gillig** leave to appear *pro hac vice* for purposes of this cause only.

Dated:  March 26, 2019

Respectfully submitted,

*/s/ Robert N. Hochman*
Robert N. Hochman (*Pro Hac Vice*)

Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60603
Tel.: (312) 853-7000
Fax: (312) 853-7036
rhochman@sidley.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2019, a copy of the foregoing Motion to Appear *Pro Hac Vice* on Behalf of Attorney **Benjamin Gillig** was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

*/s/ Robert N. Hochman*
Robert N. Hochman

**Exhibit A**
**Certification of Benjamin Gillig**
**In Support of Motion to Appear Pro Hac Vice**

In support of the Motion to Appear Pro Hac Vice filed on my behalf by **Robert N. Hochman** of the law firm **Sidley Austin LLP,** and pursuant to S. D. Ind. Local Rule 83-6(b), the undersigned states:

1. I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s): **Supreme Court of Illinois; Supreme Court of Wisconsin.**

2. I have **never** been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have **never** received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

I certify that the above information is true and correct.

Dated: 3/26/2019

Respectfully submitted,

Benjamin Gillig
Sidley Austin LLP
1 South Dearborn
Chicago, Illinois 60603
Tel.: (312) 853-7000
Fax: (312) 853-7036
bgillig@sidley.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

OLANDO CORDIA HALL,                    )
                                       )
          Petitioner,                  )
                                       )
v.                                     )     Case No. 17cv176
                                       )
CHARLES DANIELS, WARDEN,               )
UNITED STATES PENITENTIARY,            )
TERRA HAUTE,                           )
                                       )
          Respondents.                 )

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the motion of **Robert N. Hochman** of the

law firm **Sidley Austin LLP**, seeking an Order granting Benjamin Gillig of Sidley Austin LLP,

leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Orlando Cordia

Hall in the above-styled cause only.  Being fully advised, it is now ORDERED that the motion

be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

Benjamin Gillig
Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60603
Tel.: (312) 853-7000
Fax: (312) 853-7036
bgillig@sidley.com

Dated: _____


_____
United States District Court
Southern District of Indiana


Distribution list:
To all registered counsel by CM/ECF