**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

|  |  |  |
|---|---|---|
| ORLANDO CORDIA HALL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:17-cv-00176-WTL-MJD |
| | ) | |
| CHARLES DANIELS, | ) | |
| *Warden, United States Penitentiary,* | ) | |
| *Terra Haute,* | ) | |
| | ) | |
| Respondent. | ) | |

**MOTION TO WITHDRAW APPEARANCE**

Robert Hochman of the law firm Sidley Austin LLP hereby moves to withdraw the appearance of Livia M. Kiser for Petitioner Orlando Cordia Hall, as Ms. Kiser is no longer associated with Sidley Austin LLP.  Mr. Hall continues to be represented by the undersigned counsel. Therefore, pursuant to Local Rule 83.7(c)(4), the provisions of Local Rule 83.7(c)(2)-(3) do not apply.

Dated: March 26, 2019

Respectfully submitted,

By:     /s/ Robert Hochman

Robert Hochman (*pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Tel.: (312) 853-7000
Fax: (312) 853-7036
lkiser@sidley.com
rhochman@sidley.com
jdent@sidley.com

*Attorney for Orlando Cordia Hall*

1

## CERTIFICATE OF SERVICE

I certify that on March 26, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all ECF-registered counsel of record via email generated by the Court's ECF system.

/s/ Robert Hochman___