**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| ORLANDO CORDIA HALL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:17-cv-00176-WTL-MJD |
| | ) | |
| CHARLES DANIELS, | ) | |
| *Warden, United States Penitentiary,* | ) | |
| *Terra Haute,* | ) | |
| | ) | |
| Respondent. | ) | |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW APPEARANCE**

The Motion to Withdraw the Appearance of Liv Kiser is GRANTED.

Dated: _____, 2019

SO ORDERED.

_____

1