# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### TERRE HAUTE DIVISION

|  |  |  |
|---|---|---|
| ORLANDO CORDIA HALL, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 2:17-cv-00176-WTL-MJD |
| CHARLES DANIELS, *Warden, United States Penitentiary, Terra Haute,* | ) ) ) ) ) | |
| Respondent. | ) | |

## MOTION TO WITHDRAW APPEARANCE

Jillian R. Dent hereby moves to withdraw her appearance for Petitioner Orlando Cordia Hall as she is leaving Sidley Austin LLP.  Mr. Hall continues to be represented by Robert Hochman of the law firm Sidley Austin LLP.  Therefore, pursuant to Local Rule 83.7(c)(4), the provisions of Local Rule 83.7(c)(2)-(3) do not apply.

Dated: March 26, 2019                              Respectfully submitted,

By:     /s/ Jillian Dent

Jillian Dent (*pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Tel.: (312) 853-7000
Fax: (312) 853-7036
lkiser@sidley.com
rhochman@sidley.com
jdent@sidley.com

*Attorney for Orlando Cordia Hall*

1

## <u>CERTIFICATE OF SERVICE</u>

I certify that on March 26, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all ECF-registered counsel of record via email generated by the Court's ECF system.

/s/ Jillian Dent___