**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

|                                         |     |                          |
|-----------------------------------------|-----|--------------------------|
|                                         | )   |                          |
| ORLANDO CORDIA HALL,                    | )   |                          |
|                                         | )   |                          |
| Petitioner,                             | )   |                          |
|                                         | )   |                          |
| v.                                      | )   | No. 2:17-cv-00176-WTL-MJD |
|                                         | )   |                          |
| CHARLES DANIELS,                        | )   |                          |
| *Warden, United States Penitentiary,*   | )   |                          |
| *Terra Haute,*                          | )   |                          |
|                                         | )   |                          |
| Respondent.                             | )   |                          |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW APPEARANCE**

The Motion to Withdraw the Appearance of Jillian Dent is GRANTED.

Dated: _____, 2019

SO ORDERED.

_____

1