UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

ORLANDO CORDIA HALL,                    )
                                        )
                Petitioner,             )
                                        )
        v.                              )        No. 2:17-cv-00176-WTL-MJD
                                        )
CHARLES DANIELS,                        )
                                        )
                Respondent.             )

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause comes before the Court upon the motion for Benjamin Gillig to appear and

participate *pro hac vice* as counsel for Orlando Cordia Hall in the above-captioned cause only.

[Dkt. 22.]  The Court, being duly advised, hereby **GRANTS** the Motion.

Applicant's contact information should be entered as follows:

Benjamin Gillig
SIDLEYAUSTIN LLP
1 South Dearborn
Chicago, IL 60603
Tel.: (312) 853-7000
Fax : (312) 853-7036
bgillig@sidley.com

If not already registered with the Court's Electronic Filing System, Benjamin Gillig is

ordered to register **within ten (10) days of the entry of this order**.

SO ORDERED.

Dated:  27 MAR 2019        _____

                           Mark J. Dinsmore
                           United States Magistrate Judge
                           Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.

To PHV Applicant via U.S. Mail:

Benjamin Gillig
SIDLEYAUSTIN LLP
1 South Dearborn
Chicago, IL 60603