UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| ORLANDO CORDIA HALL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:17-cv-00176-WTL-MJD |
| | ) | |
| CHARLES DANIELS, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

This matter comes before the Court on counsel's Motion to Withdraw Appearance.  [Dkt. 23.]

The Court, being duly advised, hereby **GRANTS** the motion.  The appearance of Livia M. Kiser on

behalf of Petitioner is **WITHDRAWN** and **TERMINATED**.

SO ORDERED.

Dated:  27 MAR 2019

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.