UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

ORLANDO CORDIA HALL,          )
                                      )
          Petitioner,       )
                                      )
          v.             )      No. 2:17-cv-00176-WTL-MJD
                                      )
CHARLES DANIELS,           )
                                      )
          Respondent.    )

**ORDER**

This matter comes before the Court on counsel's Motion to Withdraw Appearance.  [Dkt. 24.]

The Court, being duly advised, hereby **GRANTS** the motion.  The appearance of Jillian R. Dent on

behalf of Petitioner is **WITHDRAWN** and **TERMINATED**.

SO ORDERED.

Dated:  27 MAR 2019

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.