UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

ORLANDO CORDIA HALL,               )
                                   )
                Petitioner,        )
                                   )
        v.                         )        No. 2:17-cv-00176-WTL-MJD
                                   )
CHARLES DANIELS,                   )
                                   )
                Respondent.        )

### Order Lifting Stay and Directing Further Proceedings

The Court stayed this action pending the Supreme Court's resolution of *United States v. Davis*, No. 18-431. The Supreme Court issued a decision in *Davis* on June 24, 2019. Accordingly, this action is no longer stayed.

Respondent shall have **through August 9, 2019**, in which to file a supplemental brief addressing how the Supreme Court's decision in *Davis* impacts the issues in this action. Petitioner shall have **through September 6, 2019**, to file a responsive supplemental brief.

The clerk is **directed** to re-open this action on the docket.

**IT IS SO ORDERED.**

Date: 6/26/2019

Hon. William T. Lawrence, Senior Judge
United States District Court
Southern District of Indiana

Distribution:

Timothy Wayne Funnell
UNITED STATES ATTORNEY'S OFFICE
tim.funnell@usdoj.gov

Benjamin Gillig
SIDLEYAUSTIN LLP
1 South Dearborn
Chicago, IL 60603

Robert N. Hochman
SIDLEY AUSTIN LLP
rhochman@sidley.com

James Robert Wood
UNITED STATES ATTORNEY'S OFFICE
bob.wood@usdoj.gov