IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

ORLANDO CORDIA HALL,

Petitioner,

v.                                                        No.    2:17-CV-00176-JPH-MJD

CHARLES DANIELS,

Respondent.

## NOTICE OF APPEARANCE OF CO- COUNSEL

The government advises the Court and all parties that Assistant United States

Attorney Jonathan Bradshaw hereby enters his appearance as co-counsel for the United

States.    Assistant United States Attorney James Robert Wood will remain lead counsel.

Respectfully submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY

*s/ Jonathan Bradshaw*
Jonathan Bradshaw
Special Assistant United States Attorney
Colorado Bar No. 43838
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: (214) 659-8600
E-mail: jonathan.bradshaw@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on August 7, 2019, this notice was filed electronically.   Notice of this filing will be sent to all ECF-registered counsel of record via email generated by the Court's ECF system.

*s/ Jonathan Bradshaw*
Jonathan Bradshaw
Special Assistant United States Attorney
