UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

|  |  |  |
|---|---|---|
| ORLANDO CORDIA HALL, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 2:17-cv-00176-JPH-MJD |
| CHARLES DANIELS, *Warden, United States Penitentiary, Terra Haute,* | ) ) ) ) ) | |
| Respondent. | ) | |

**APPENDIX TO PETITIONER'S SUPPLEMENTAL BRIEF
RE:  *UNITED STATES v. DAVIS* AND RESPONSE TO
GOVERNMENT'S MOTION TO DISMISS**

**Exhibit 1:** Respondent's Letter Brief in Response to Fifth Circuit's July 9 Request for Briefing on the Effect of *United States v. Davis*, 139 S. Ct. 2319 (2019)

**Exhibit 2:** Petitioner's Letter Brief in Response to Fifth Circuit's July 9 Request for Briefing on the Effect of *United States v. Davis*, 139 S. Ct. 2319 (2019)

Dated:  September 6, 2019

SIDLEY AUSTIN LLP

By:  s/ Robert Hochman
    Robert Hochman (*pro hac vice*)
    Benjamin Gillig (*pro hac vice*)
    One South Dearborn Street
    Chicago, Illinois 60603
    Tel.: (312) 853-7000
    Fax: (312) 853-7036
    rhochman@sidley.com
    bgillig@sidley.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 6, 2019, copies of this Appendix to Supplemental Brief and Response was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.

                                                    s/Robert Hochman