UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

|  |  |  |
|---|---|---|
| ORLANDO CORDIA HALL, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 2:17-cv-00176-JPH-MJD |
| CHARLES DANIELS, | ) ) | |
| *Warden, United States Penitentiary, Terra Haute,* | ) ) ) | |
| Respondent. | ) ) | |

**NOTICE TO THE COUIRT REGARDING APPENDIX TO PETITIONER'S SUPPLEMENTAL BRIEF RE: *UNITED STATES v. DAVIS* AND <u>RESPONSE TO GOVERNMENT'S MOTION TO DISMISS</u>**

Please take notice that on September 6, 2019, Petitioner Orlando Cordia Hall filed his Supplemental Brief re: *United States v. Davis* and Response to Government's Motion to Dismiss, as well as a supporting Appendix of Exhibits. Dkt. 33-34. In the Appendix, Dkt. 33, counsel inadvertently reversed the cover sheets for Exhibits 1 and 2, but the exhibits themselves are filed correctly:

- Dkt. 33-1 is Exhibit 1 (cover sheet incorrectly says Exhibit 2): Respondent's Letter Brief to the Fifth Circuit;

- Dkt. 33-2 is Exhibit 2 (cover sheet incorrectly says Exhibit 1): Petitioner's Letter Brief to the Fifth Circuit.

Dated:   September 10, 2019                    SIDLEY AUSTIN LLP

                                    By:  s/ Robert Hochman_____
                                        Robert Hochman (*pro hac vice*)
                                        Benjamin Gillig (*pro hac vice*)
                                        One South Dearborn Street
                                        Chicago, Illinois 60603
                                        Tel.: (312) 853-7000
                                        Fax: (312) 853-7036
                                        rhochman@sidley.com
                                        bgillig@sidley.com

                                        *Attorneys for Petitioner*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on September 10, 2019, copies of this Notice to the Court Regarding Appendix to Supplemental Brief and Response was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.

/s/ Robert Hochman