UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

ORLANDO CORDIA HALL,                    )
                                        )
              Petitioner,               )
                                        )
       v.                               )    No. 2:17-cv-00176-JPH-MJD
                                        )
CHARLES DANIELS,                        )
                                        )
              Respondent.               )

**ORDER GRANTING MOTION TO HOLD HABEAS PETITION IN ABEYANCE**

Petitioner Orlando Hall is a federal prisoner on death row at the United States Penitentiary in Terre Haute, Indiana. He filed this habeas action pursuant to 28 U.S.C. § 2241. Mr. Hall argues that his conviction under 18 U.S.C. § 924(c) must be vacated following the Supreme Court's decision in *Johnson v. United States*, 135 S. Ct. 2551 (2015), and that he is therefore entitled to a new sentencing proceeding.

Following the Supreme Court's decision in *United States v. Davis*, 139 S. Ct. 2319 (2019), this Court ordered supplemental briefing regarding *Davis*'s impact on the legal issues in this case. Respondent then filed a motion to dismiss or, in the alternative, an unopposed motion to hold this action in abeyance. In his motion, Respondent explains that Mr. Hall has a request for authorization to file a second or successive 28 U.S.C. § 2255 motion pending before the United States Court of Appeals for the Fifth Circuit in which he seeks to raise the same claim at issue here. This request for authorization, Respondent argues, precludes Mr. Hall from raising his claim in this § 2241 proceeding because he cannot show that § 2255 is an inadequate or ineffective vehicle to raise his claim as required by § 2255(e). Thus, Respondent argues this action should be dismissed.

1

In the alternative, Respondent asks the Court to hold this action in abeyance until resolution of Mr. Hall's request for authorization pending in the Fifth Circuit. Mr. Hall opposes dismissal of this action but does not oppose holding this action in abeyance.

Mr. Hall's request for authorization remains pending before the Fifth Circuit. *See In re Orlando Hall*, No. 19-10345 (5th Cir.). The Court agrees with the parties that for purposes of judicial economy this action should not proceed until the Fifth Circuit rules on Mr. Hall's request for authorization. Accordingly, Respondent's motion, dkt. [31], is **granted** to the extent that this action shall not proceed until the Fifth Circuit's ruling on Mr. Hall's request for authorization.

Respondent is ordered to file a notice with this Court within **fourteen days** of the Fifth Circuit's ruling in *In re Orlando Hall*, No. 19-10345 (5th Cir.).

**SO ORDERED.**

Date: 3/4/2020

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Jonathan Glen Bradshaw
DEPARTMENT OF JUSTICE
jonathan.bradshaw@usdoj.gov

Timothy Wayne Funnell
UNITED STATES ATTORNEY'S OFFICE
tim.funnell@usdoj.gov

Benjamin Gillig
SIDLEYAUSTIN LLP
1 South Dearborn
Chicago, IL 60603

Robert N. Hochman
SIDLEY AUSTIN LLP
rhochman@sidley.com

James Robert Wood
UNITED STATES ATTORNEY'S OFFICE
bob.wood@usdoj.gov