UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

ORLANDO CORDIA HALL,                    )
                                        )
                    Petitioner,         )
                                        )
        v.                              )          No. 2:17-cv-00176-JPH-MJD
                                        )
CHARLES DANIELS,                        )
                                        )
                    Respondent.         )

**ORDER SETTING BRIEFING SCHEDULE**

The respondent has filed a motion to dismiss Orlando Cordia Hall's petition for a writ of

habeas corpus. The petitioner shall have **through November 6, 2020**, to file a response to the

motion to dismiss. The respondent shall have **through November 9, 2020**, to file a reply.

**SO ORDERED.**

Date: 11/2/2020

Distribution:                                  _James Patrick Hanlon_
                                               James Patrick Hanlon
Jonathan Glen Bradshaw                         United States District Judge
DEPARTMENT OF JUSTICE                          Southern District of Indiana
jonathan.bradshaw@usdoj.gov

Timothy Wayne Funnell
UNITED STATES ATTORNEY'S OFFICE
tim.funnell@usdoj.gov

Benjamin Gillig
SIDLEYAUSTIN LLP
1 South Dearborn
Chicago, IL 60603

Robert N. Hochman
SIDLEY AUSTIN LLP
rhochman@sidley.com

James Robert Wood
UNITED STATES ATTORNEY'S OFFICE
bob.wood@usdoj.gov