# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF INDIANA

# TERRE HAUTE DIVISION

|  |  |
|---|---|
| ORLANDO CORDIA HALL, | ) |
| Petitioner, | ) Case No. 2:17-CV-00176-JPH-DPL |
| | ) |
| | ) DEATH PENALTY CASE |
| vs. | ) |
| | ) Execution Scheduled for 11/19/2020 |
| T.J. WATSON, | ) |
| | ) |
| Respondent. | ) |
| | ) |
| | ) |

## APPENDIX TO RESPONSE TO MOTION TO DISMISS PETITION FOR HABEAS

## CORPUS AND MOTION FOR STAY OF EXECUTION

Index of Exhibits

    A.  2016 Hall Motion for Permission to File Successive § 2255 Motion.

    B.  2016 Fifth Circuit Order Denying Permission.

    C.  2019 Hall Motion for Permission to File Successive § 2255 Motion.

    D.  2020 Fifth Circuit Order Denying Permission.

    E.  *Roane v. Gonzales*, No. 05-2337 (D.D.C.), Dkt. 7.

    F.  *Roane v. Gonzales*, No. 05-2337 (D.D.C.), Dkt. 38.

    G.  *Roane v. Gonzales*, No. 05-2337 (D.D.C.), Dkt. 59.

    H.  *Roane v. Gonzales*, No. 05-2337 (D.D.C.), Dkt. 60.

    I.  *Roane v. Gonzales*, No. 05-2337 (D.D.C.), Dkt. 68.

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 6, 2020, copies of this Appendix were filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.

/s/ Robert Hochman