I

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JAMES H. ROANE, JR., et al.,    )
    )
       Plaintiffs,    )
    v.    )    **Case No. 1:05-CV-2337 (RWR)**
    )
ALBERTO GONZALES, et al.,    )
       Defendants.    )
    )

## ORDER

IT IS ORDERED that Plaintiff Orlando Hall's Unopposed Motion for a Preliminary

Injunction Barring Defendants from Setting an Execution Date for Plaintiff and from Executing

Him is hereby GRANTED. The Defendants herein are enjoined from setting a date for executing

Orlando Hall and from executing Orlando Hall, pending further order of this Court.

 

Richard W. Roberts
United States District Judge