**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA**

**TERRE HAUTE DIVISION**

File Number 2:17-CV-00176-JPH-DLP

|  |  |
|---|---|
| ORLANDO CORDIA HALL, | )<br>)    Notice of Appeal<br>) |
|       Petitioner, | )    **DEATH PENALTY CASE**<br>) |
|    vs. | )    Execution Scheduled for 11/19/2020<br>) |
| T.J. WATSON, | )<br>) |
|       Respondent. | )<br>)<br>) |

Notice is hereby given that Orlando Cordia Hall, petitioner in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment dismissing petition for writ of habeas corpus entered in this action on the 14th day of November, 2020.

/s/ Robert Hochman
Attorney for Orlando Hall
One South Dearborn
Chicago, IL, 60603

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 14, 2020, a copies of this Notice of Appeal was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.

/s/ Robert Hochman