# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

November 14, 2020

**To:**    Roger A. G. Sharpe,
District Court Clerk

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 20-3216
>
> Caption:
> ORLANDO CORDIA HALL,
>  Petitioner - Appellant
>
> v.
>
> T. J. WATSON, Warden,
>  Respondent - Appellee
>
> ---
>
> District Court No: 2:17-cv-00176-JPH-DLP
> Clerk/Agency Rep Roger A. G. Sharpe
> District Judge James P. Hanlon
>
> Date NOA filed in District Court: 11/14/2020

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)